UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RISEN ENERGY CO., LTD.,
                            Petitioner,

              -against-

FOCUS FUTURA HOLDING PARTICIPACOES
S.A.,
                            Respondent.
------------------------------------------------------------X

23 Civ. 10993 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on December 19, 2023, Petitioner commenced this action by filing a 10-page Petition to vacate arbitration;

      WHEREAS, on December 24, 2023 Petitioner filed a motion for alternative service on Respondent deeming service of process complete, and Respondent filed no opposition;

      WHEREAS, on January 4, 2024, the Court set a briefing schedule for Respondent's opposition to the Petition and Petitioner's reply;

      WHEREAS, on January 12, 2024, Petitioner filed an application to modify the briefing scheduling to permit Petitioner to file a memorandum of law in support of the Petition. Respondent opposed the application by letter filed January 14, 2024;

      WHEREAS, on January 13, 2024, Respondent filed a Cross-Petition to confirm arbitration and memorandum of law in a single 13-page document, and (due to a filing error) again on January 16, 2024;

      WHEREAS, on January 15, 2024, Petitioner proposed a briefing schedule to coordinate the briefing of the Petition and Cross-Petition.  It is hereby

      **ORDERED** that Petitioner's motion to modify the briefing schedule is GRANTED IN PART as follows:

- Petitioner shall file its memorandum of law in support of the Petition by **January 18, 2023**, not to exceed 15 pages;

- Respondent shall file its opposition to the Petitioner's Petition, and a reply in support of Respondent's Cross-Petition, not to exceed 15 pages, by **February 1, 2024**;

- Petitioner shall file its reply in support of the Petition, not to exceed 7 pages, by **February 8, 2024**.

**ORDERED** that the parties shall otherwise comply with the Court's Individual Rules in filing their motions and supporting papers.

**ORDERED** that Petitioner's motion for alternative service is GRANTED;

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 9 and 15.

Dated: January 16, 2024
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**