UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RISEN ENERGY CO., LTD.,

                        Petitioner,                      23 **CIVIL** 10993 (LGS)

         -against-                          **JUDGMENT**

FOCUS FUTURA HOLDING PARTICIPACOES S.A.,

                        Respondent.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 11, 2024, Petitioner's motion to vacate the award is DENIED, and Respondent's cross-motion to confirm is GRANTED. Respondent's request for attorneys' fees is DENIED. Accordingly, the case is closed.

**Dated**: New York, New York
          June 11, 2024

                                                                       RUBY J. KRAJICK
                                                                       Clerk of Court

                                      **BY:**
                                                                               **Deputy Clerk**