**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

RISEN ENERGY CO., LTD.,

                  Petitioner,

     v.

FOCUS FUTURA HOLDING
PARTICIPAÇÕES S.A.,

                Respondent.

Case No. 1:23-cv-10993-LGS

~~[PROPOSED]~~ RE-AMENDED
FINAL JUDGMENT

---

It is **ORDERED**, **ADJUDGED**, and **DECREED** that for the reasons stated in the Court's Memorandum Opinion and Order dated June 11, 2024 (Dkt. 41), Petitioner's motion to vacate the Arbitration Award, dated September 5, 2023 and issued to the parties on September 25, 2023, in the arbitral proceeding *Focus Futura Holding Participações S.A. v. Risen Energy Co., Ltd.*, ICC Case No. 26404/PDP (Dkt. 25-3), is DENIED, and Respondent's cross-motion to confirm the Arbitration Award is GRANTED. Respondent's request for attorneys' fees is DENIED. Accordingly, the case is closed.

The Arbitration Award (Dkt. 25-3) is in all things **CONFIRMED** and **ADOPTED** as a Judgment of this Court as authorized by 9 U.S.C. §§ 13 and 207.

Petitioner Risen shall pay Respondent Focus $75,598,189.18, comprising damages of $57,124,288.16 plus interest of 9% per annum from November 30, 2021 until June 11, 2024, as provided in the Award, and fees and arbitration costs of $5,170,000.00 plus interest of 9% per annum from October 23, 2023 until June 11, 2024, as provided in the Award. Respondent Focus also is hereby awarded and shall recover against Petitioner Risen post-judgment interest on the Judgment sum of $75,598,189.18, in accord with 28 U.S.C. § 1961(a)-(b), at 5.12%, computed

daily and compounded annually from the date this Judgment is entered until Petitioner

Risen fully satisfies this Judgment, including all interest owed thereon.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

**Dated**: July 17, 2024
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2